# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  THOMPSON, RALPH G | 2. Court or Organization  U.S.D.C. W.D. OKLAHOMA | 3. Date of Report  04/1/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  US DISTRICT JUDGE (SR. STATUS) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address  U. S. COURTHOUSE 200 N. W. 4TH STREET OKLAHOMA CITY, OK 73102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ▮ Irrevocable Trust |
| 2. Co-Trustee | ▮ Trust |
| 3. Trustee | ▮ trust |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 APR 17 A 11:46 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Harvard University, Cambridge, MA | Reimbursement for travel and expenses for period January 2-6, 2006 for annual teaching assignment |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, RALPH G | 04/1/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Banc One | B | Interest | K | T | | | | | Dup.See J.P. Morgan Chase |
| 2. Allegiance Credit Union | B | Interest | M | T | | | | | |
| 3. Western State Bank | A | Interest | L | T | Buy | 11/27 | L | | |
| 4. Countrywide Bank | A | Interest | K | T | Buy | 11/22 | K | | |
| 5. First American Bank | A | Interest | L | T | Buy | 11/28 | L | | |
| 6. Capital One Bank | A | Interest | L | T | Buy | 11/22 | L | | |
| 7. ONEOK, Inc. | A | Interest | J | T | Buy | 2/16 | J | | |
| 8. Misc. oil interests in Logan, Lincoln & McIntosh Counties,OK | A | Interest | J | W | | | | | |
| 9. | | | | | | | | | |
| 10. J. P. Morgan Chase | B | Interest | K | T | | | | | |
| 11. American Fund | D | Interest | O | T | | | | | |
| 12. American Fund | E | Interest | P1 | T | | | | | |
| 13. Edward Jones Money Market Fund | A | Interest | M | T | | | | | |
| 14. Edward Jones Money Market Fund | A | Interest | K | T | | | | | |
| 15. | | | | | | | | | |
| 16. National Grid Group | A | Dividend | | | Sell | 2/6 | J | | |
| 17. DuPont | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, RALPH G | 04/1/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DuPont | A | Dividend | | | Gifted | 1/4 | J | | |
| 19. General Electric | A | Dividend | L | T | | | | | |
| 20. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 21. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 22. Pfizer, Inc. | A | Dividend | L | T | | | | | |
| 23. Pfizer, Inc. | A | Dividend | | | Gifted | 1/4 | J | | |
| 24. Wal-Mart | A | Dividend | | | Gifted | 1/4 | K | | |
| 25. BankAmerica Corp. | A | Dividend | K | T | | | | | |
| 26. Dell, Inc. | A | Dividend | | | Gifted | 1/4 | K | | |
| 27. DTE Energy Co. | B | Dividend | K | T | | | | | |
| 28. FPL Group, Inc. | B | Dividend | L | T | | | | | |
| 29. Home Depot, Inc. | A | Dividend | K | T | | | | | |
| 30. Johnson & Johnson | A | Dividend | L | T | | | | | |
| 31. Pepco Hldgs, Inc. | A | Dividend | K | T | | | | | |
| 32. Public Svc. Enterprise Group | A | Dividend | K | T | | | | | |
| 33. Puget Energy, Inc. | A | Dividend | K | T | | | | | |
| 34. United Health Group, Inc. | A | Dividend | J | T | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
(See Column C2)   Q =Appraisal   V =Other   S =Assessment
   U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, RALPH G | 04/1/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. United Technologies Corp. | A | Dividend | K | T | | | | | |
| 36. Abbott Laboratories | A | Dividend | K | T | | | | | |
| 37. Citi Group | A | Dividend | K | T | | | | | |
| 38. Devon Energy Corp | A | Dividend | J | T | | | | | |
| 39. Hospira, Inc. | A | Dividend | J | T | | | | | |
| 40. Microsoft | A | Dividend | J | T | | | | | |
| 41. Morgan Stanley Cap Trus Sec | A | Dividend | K | T | | | | | |
| 42. PLC Cap TR IV | A | Dividend | K | T | | | | | |
| 43. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 44. Dominion Resource, Inc. | B | Dividend | K | T | | | | | |
| 45. Dominion Resources, Inc. | A | Dividend | J | T | | | | | |
| 46. Dow Chemical Co. | E | Dividend | | | Sell | 5/6 | K | | |
| 47. Dow Chemical Co. | D | Dividend | | | Sell | 5/6 | J | | |
| 48. Wrigley Co. | A | Dividend | J | T | | | | | |
| 49. Ultra Petroleum | A | Dividend | K | T | | | | | |
| 50. AT&T, Inc. | A | Dividend | J | T | | | | | |
| 51. 3M | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, RALPH G | 04/1/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Duke Energy | A | Dividend | J | T | | | | | |
| 53. O.G.&E. | A | Dividend | J | T | | | | | |
| 54. | | | | | | | | | |
| 55. OK Mun. Pwr. Auth. (Maturity inadvertently omitted 2005 Rpt) | C | Interest | | | Matured | 1/3 | L | | |
| 56. Ok. Mun. Pwr. Auth. | C | Interest | | | Sell | 11/21 | K | | |
| 57. Alvord Ca. Uni. Sch. Dist. | A | Interest | | | Redeemed | 2/1 | M | | |
| 58. Alvord Ca. Uni. Sch. Dist. | A | Interest | | | Redeemed | 2/1 | M | | |
| 59. West Seneca Ny. Cent. Sch. Dist. | A | Interest | M | T | | | | | |
| 60. West Seneca Ny. Cent. Sch. Dist. | A | Interest | M | T | | | | | |
| 61. OK Trnsn. OK Tpk. ('15) | A | Interest | K | T | | | | | |
| 62. OK Trnsn. OK Tpk. ('17) | A | Interest | K | T | | | | | |
| 63. OK Cnty. Indpt. Sch. Dist | A | Interest | | | Sell | 11/21 | K | | |
| 64. Stillwater Ok Utils. Auth. | A | Interest | | | Sell | 11/21 | K | | |
| 65. Puerto Rico Mn. Fin. Agy | A | Interest | | | Sell | 11/21 | M | | |
| 66. Puerto Rico Mun. Fin. Agy | A | Interest | | | Sell | 11/21 | K | | |
| 67. Puerto Rico Elec. Pwr. Auth. | A | Interest | K | T | | | | | |
| 68. Botetourt County Va. FRDG | A | Interest | | | Sell | 11/21 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, RALPH G | 04/1/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. New York St. Environmental FACS | A | Interest | | | Redeemed | 2/15 | K | | |
| 70. Oklahoma Water Res. Brd. | A | Interest | K | T | | | | | |
| 71. GMAC Smartnotes | A | Interest | | | Redeemed | 2/15 | K | | |
| 72. Monroe La. Sales Tx. Rev. | A | Interest | | | Sell | 2/15 | L | | |
| 73. | | | | | | | | | |
| 74. ASSETS OF ▉▉▉ TRUST: (Held as Trustee - | | | | | | | | | |
| 75. No personal ownership:) | | | | | | | | | |
| 76. New York Life Ins.Co.Policy | A | Interest | K | T | | | | | |
| 77. (END OF ▉▉▉ TRUST ASSETS): | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. ASSETS OF ▉ TRUST: (Held as Co-Trustee - No | | | | | | | | | |
| 80. personal ownership) | | | | | | | | | |
| 81. Dulaney's, Inc. | A | Dividend | P1 | T | | | | | |
| 82. Life Ins. Policy - New York Life Ins. Co. | A | Interest | N | T | | | | | |
| 83. (END OF ▉ TRUST ASSETS) | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. ASSETS OF ▉▉ Trust: (Held as | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Trustee-No personal ownership | | | | | | | | | |
| 86. Wal Mart stock | A | Dividend | J | T | | | | | |
| 87. (END OF ▮▮▮▮ TRUST ASSETS) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, RALPH G | 04/1/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, RALPH G | 04/1/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date April 13, 2007

NOTE: AN[...]OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544